# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR NO. 02-00552DAE |
| CASE NAME: | United States of America Vs. (01) Carmelita Maldonado |
| ATTYS FOR PLA: | Loretta Sheehan |
| ATTYS FOR DEFT: | William Domingo |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | ESR-LG |
| DATE: | 2/15/2006 | TIME: | 1:49pm-2:15pm |

COURT ACTION:  EP: Sentencing to Count 1 of the First Superseding Indictment and United State's Motion for Downward Departure as to Defendant (01) Carmelita Maldonado-Defendant present not in Custody.

Court accepts the Plea Agreement.

The Court adopts the presentence report without change.

Defendant addresses the Court.

2:00pm-2:05pm-U.S. Motion for Downward Departure-is hereby Granted.

Sentence-

Imprisonment-26 Months.

Mittimus Stayed to 4/3/2006 by 2:30 p.m. (Local Time)  Defendant will be permitted to self-surrender to prison facility designated by the Bureau of Prisons.

Court Recommendations- 1. FDC-Honolulu
                               2. Educational/Vocational Programs

Supervised Release-5 Years

Special Conditions of Supervised Release-

1. That the defendant shall abide by the standard conditions of supervision.

2. That the defendant not commit any crimes, federal, state, or local (mandatory condition).

3. That the defendant not possess illegal controlled substances (mandatory condition)

4. That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the terms of supervision (mandatory condition).

6. That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. That the defendant execute all financial disclosure forms, and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

9. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

10. That the defendant participate in a mental health program at the discretion and direction of the Probation Office.

No Fine.

Special Assessment-$100.00.

Defendant advised of his limited right to appeal.

Government's Oral Motion to Dismiss Count 10 of the First Superseding Indictment-is hereby Granted.

Submitted by Leslie L. Sai, Courtroom Manager